IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

TIMOTHY LEE BATSON #146627-S
Full name and prison number
of plaintiff(s)

V.

GOVERNOR: Mr. BOB RILEY

COMMISSIONER: Mr. RICHARD F. ALLEN

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV1143-MEF
(To be supplied by the clerk
of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal
      court dealing with the same or similar facts involved
      in this action?  YES(XX)  NO( )

   B. Have you begun other lawsuits in state or federal
      court relating to your imprisonment?  YES(XX)  NO( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) TIMOTHY LEE BATSON #146627-S

         Defendant(s) GOVERNOR: Mr. BOB RILEY AND

         COMMISSIONER: Mr. RICHARD F. ALLEN

      2. Court (if federal court, name the district; if
         state court, name the county) NORTHERN

         DISTRICT BIRMINGHAM - ALABAMA

4

3. Docket number  CASE NO: 2:06-CV-01251-LSC-HGD

4. Name of judge to whom case was assigned  Honorable L. Scott Coogler 124/53

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  dismissed without Prejudice why can't Pay Fileding fees

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  William E. donaldson correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  William E. donaldson correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS

1. Mr. Bob Riley Room 104, 600 Dexter Ave., North Montgomery, AL 36130

2. Mr. Richard F. Allen 1400 Lloyd Street, Montgomery, AL 36107

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  11-28th-2006 November-28th-2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: According to the standard opperational Procedure Policy Regulation Rule 207 Book of

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The ALABAMA DEPARTMENTAL corrections of The Warden's and Captain's & Lt's & Sgt's & Col Officer's. Supporting Fact's some one supose be on floor at all time's when Hall Runner's out their cell to clean up the unit's of segregation.

GROUND TWO: My Life is under Imminent danger of Physical Injury of Possible Harm of Life and Death.

SUPPORTING FACTS: At any time the Guard's labling any Inmate as a "Snitch" is placing that person are person's at serious imminent danger of physical injury of possible Harm of Life and Death not trying to Protect My Life from other Inmate's Assault's of Life and Death situation harm's.

GROUND THREE: Both Defendant's Gov: Mr. Bob Riley and the commissioner Mr. Richard F. Allen Refuse to have me moved to safe-keeping.

SUPPORTING FACTS: I Timothy Batson sent statement's & case's Relating where and who all made the Death threat's and that the Guard's keep the cubical window's covered with paper when thay trying sleep are have sexual intercourse with the female Guard's violating their oath of office of Duty not Protecting me from Assault's.

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Asking The Honorable court's to Make The Defendant's Pay Filing Fee's & court cost & Attorney Fee's And My Transpertation Fee's & pay me Reward of Damage's

*Timothy Lee Batson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-16-06
(Date)

*Timothy Lee Batson 146627*
Signature of plaintiff(s)

K. D. Clark
Notary Public
12/16/06
Date
My Commission Expires 2/2/06

7